Commonwealth of Pennsylvania ex rel. Hassell, Appellant, *v.* Hassell.

Argued October 2, 1929. Before PORTER, P. J., TREXLER, KELLER, LINN, GAWTHROP, CUNNINGHAM and BALDRIGE, JJ.

*Jay C. Bossard,* for appellant.

No appearance or paper book for appellee.

PER CURIAM, October 7, 1929:

The portion of the record certified and sent up on this appeal is insufficient to enable this court properly to pass on the merits. As the assistant district attorney, who appeared at the bar of the court, stated that if the record were remitted, he would at once cause a petition to be filed on behalf of the relator providing for a hearing de novo on the merits, we have concluded to remit the record so that such petition may be filed.

Record remitted for purpose stated.